**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

THOMAS C. HALL and
DOROTHY J. HALL,

    Plaintiffs,

v.                                                                                 Civ. No. 16-1080 MV/GJF

HIGH MOUNTAIN AVIATION INC., et al.,

    Defendants.

**FIFTH AMENDED ORDER SETTING**
**PRETRIAL DEADLINES AND BRIEFING SCHEDULE**

This matter comes before the Court upon the parties' "Agreed Motion to Modify Fourth Amended Order Setting Pretrial Deadlines and Briefing Schedule" ("Motion") [ECF No. 72]. Noting the concurrence of the parties, the Court finds that the Motion is well taken and will **GRANT** the Motion, extending the deadlines as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures: | **6/15/2018** |
| Defendants' Expert Disclosures: | **7/20/2018** |
| Discovery Ends: | **8/24/2018** |
| Discovery Motions: | **8/31/2018** |
| Dispositive Motions: | **9/14/2018** |
| PTO Plaintiffs to Defendants: | **10/5/2018** |
| PTO Defendants to Court: | **10/19/2018** |

All other discovery limitations previously ordered by the Court remain in place.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE