UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

THOMAS C. HALL and
DOROTHY J. HALL,

    Plaintiffs,

v.                                      Civ. No. 16-1080 MV/GJF

HIGH MOUNTAIN AVIATION INC., et al.,

    Defendants.

### SEVENTH AMENDED ORDER SETTING
### PRETRIAL DEADLINES AND BRIEFING SCHEDULE

This matter comes before the Court upon the parties' "Agreed Motion to Modify Sixth Amended Order Setting Pretrial Deadlines and Briefing Schedule" ("Motion") [ECF No. 79]. There being no trial date, and noting the concurrence of the parties, the Court finds the Motion is well taken and will **GRANT** the Motion, extending the deadlines as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures: | **9/28/2018** |
| Defendants' Expert Disclosures: | **11/2/2018** |
| Discovery Ends: | **12/7/2018** |
| Discovery Motions: | **12/14/2018** |
| Dispositive Motions: | **12/28/2018** |
| PTO Plaintiffs to Defendants: | **1/18/2019** |
| PTO Defendants to Court: | **2/4/2019** |

All other discovery limitations previously ordered by the Court remain in place.

**IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE